**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1533 LUCANO LANE, LAS VEGAS, NEVADA 89117, MORE PARTICULARLY DESCRIBED AS: LOT 22 IN BLOCK 7 OF VALLEY WEST VIII - UNIT 4, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 35 OF PLATS, PAGE 31 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON; APN: 163-05-618-002,<br><br>Defendant. | 2:16-CV-945-JCM-MDC<br><br>**Order to Unseal and to Lift the Stay** |

IT IS HEREBY ORDERED that the United States' Ex Parte Motion to Unseal and to Lift Stay and for Service of Process (ECF No. 27) in this Civil Action is GRANTED.

IT IS FURTHER ORDERED that the deadline to complete service of process is extended through and including January 4, 2027.

Dated this 2nd day of November, 2026.

James C. Mahan

UNITED STATES DISTRICT JUDGE